**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** December 28, 2023 |
| **USA v. Michael J. Sobcynski** | **Case Number:** 23-09176MJ-001-TUC-MAA |

**Assistant U.S. Attorney:** Christine Anne Melton
**Attorney for Defendant:** Nathan Donlon Leonardo, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released

**CHANGE OF PLEA:**

☒ Oral consent to be tried by Magistrate Judge for a Petty Offense

☒ Plea of Guilty entered as to #F5319413

   ☐ Information  ☐ Indictment  ☒ Citation

☒ Citation #F5319414 to be dismissed upon entry of judgment.

☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.

   Plea agreement:  ☐ Lodged  ☒ Filed  ☐ No Written Agreement Filed

☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☒ Time waived for passage of sentence

☒ ORDER vacate trial date/motion hearing/motions moot

**SENTENCING**

☒ Special Assessment Remitted

☒ Fine $ 330.00

☒ Restitution $ 180,000.00

*The defendant agrees to pay the fine in the amount of three hundred thirty dollars ($330.) in full by February 29, 2024.*

*The defendant agrees to pay restitution in the amount of one hundred eighty thousand dollars ($180,000.), pursuant to 18 U.S.C. §3663(a)(3). The defendant shall make minimum monthly payments in the amount of $200 via the Clerk of the Court or through website pay.gov.*

☒ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that Citation #5319414 be dismissed.

| | |
|---|---|
| **Recorded By** Courtsmart | **P & S 35 min** |
| **Deputy Clerk** Beth Harper | |
| | **Start:** 9:50 am |
| | **Stop:** 10:25 am |